IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| v. : | |
| : | NO. 1:03-CR-648-WBH |
| MARCELLUS LEVAN HENDERSON and : | |
| TERRON VASSEL VERNON : | |

### O R D E R

Good cause having been shown, it is hereby ordered that FBI Special Agent Cynthia Myers or her designee are allowed to bring electronic audio-visual equipment to Courtroom 1708 of the United States Courthouse for trial in this case on January 27, 2006.

Proper identification will be required upon entering the security station on the Plaza or Lower Plaza level, and the equipment shall be subject to inspection by the United States Marshal's Service.

IT IS SO ORDERED.

This ___3___ day of _____January_____, 2006.

_____
WILLIS B. HUNT
UNITED STATES DISTRICT JUDGE

Presented by
s/*William G. Traynor, AUSA*