UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　Plaintiff,<br><br>　　v.<br><br>MARCELLUS LEVAN HENDERSON<br><br>　Defendant. | CRIMINAL ACTION<br><br>NO. 1:03-CR-648-WBH-1 |

**<u>ORDER</u>**

Before the Court is petitioner Marcellus Henderson's Notice of Appeal [Doc. 272] of this Court's August 10, 2009, Order which this Court construes as an Application for Certificate of Appealability. Under Fed. Rule of App.P. 22(b), an appeal of a denial of a writ of habeas corpus cannot proceed unless a certificate of appealability is issued pursuant to 28 U.S.C. §2253(c). A certificate of appealability may issue only if the petitioner has made "substantial showing of the denial of a constitutional right." 28 U.S.C § 2253(c). Having found a substantial showing, the undersigned hereby GRANTS Petitioner's application for a Certificate of Appealability [Doc. 272].

It is so ORDERED this 20th day of October, 2009.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　WILLIS B. HUNT, JR.
　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE